USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 21, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA             :
                                     :    14 CR 716 (VM)
     - against -                     :
                                     :    ORDER
IBRAHIM AKASHA ABDALLA,              :
                                     :
               Defendant.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On August 18, 2020, the Court endorsed a letter from defendant Ibrahim Akasha Abdalla and ordered the Government to respond within thirty days to his claims regarding the ineffectiveness of his counsel. (See Dkt. No. 205.) By letter dated August 19, 2020, the defendant's new counsel informed the Court that the defendant did not wish the Court to deem his previous letter as an application for relief. (See Dkt. No. 207.) Accordingly, the deadline for the Government's response in the Court's Order dated August 18, 2020 is adjourned.

**SO ORDERED.**

Dated: New York, New York
       21 August 2020

                                              Victor Marrero
                                                 U.S.D.J.