```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
IBRAHIM AKASHA ABDALLA,              :
                                     :
              Petitioner,            :
                                     :     **14 Crim. 716 (VM)**
                                     :     **21 Civ. 8569 (VM)**
         -against-                   :
                                     :
UNITED STATES OF AMERICA,            :     **ORDER**
                                     :
              Respondent.            :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Due to the delay in docketing and notifying the United States Attorney's Office for the Southern District of New York about the Court's October 22, 2021 Order, the Government shall respond to Movant's motion brought under 28 U.S.C. § 2255 (Criminal Dkt. No. 222) and Movant's motion to expand the record (Civil Dkt. No. 4) by March 7, 2022. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    The Clerk of the Court is respectfully ordered to send a copy of this Order to Ibrahim Akasha Abdalla, Register Number 75953-054, FCI Oakdale I, P.O. Box 5000, Oakdale, LA 71463-5000.

**SO ORDERED.**

Dated:    New York, New York
          January 5, 2022

                                      _____
                                        Victor Marrero
                                          U.S.D.J.