USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
IBRAHIM AKASHA ABDALLA,           :
                                  :
              Petitioner,         :
                                  :      14 Crim. 716 (VM)
                                  :      21 Civ. 8569 (VM)
         -against-                :
                                  :
UNITED STATES OF AMERICA,         :      ORDER
                                  :
              Respondent.         :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

A review of the record indicates that the referenced exhibits purportedly attached to Petitioner's Motion to Expand the Record (Civil Dkt. No. 4) have never been received by the Court or the Respondent. Petitioner is asked to file these motions with the Court within two weeks.

The Clerk of the Court is respectfully ordered to send a copy of this Order to Ibrahim Akasha Abdalla, Register Number 75953-054, FCI Oakdale I, P.O. Box 5000, Oakdale, LA 71463-5000.

**SO ORDERED.**

Dated:   New York, New York
         April 20, 2022

_____
Victor Marrero
U.S.D.J.