```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IBRAHIM AKASHA ABDALLA,              :
                                     :
            Petitioner,              :
                                     :      14 Crim. 716 (VM)
                                     :      21 Civ. 8569 (VM)
        -against-                    :
                                     :
UNITED STATES OF AMERICA,            :           ORDER
                                     :
            Respondent.              :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

　　Following the Court's order on April 20, 2022, the Government's deadline to respond to the petition and motion to expand the record is extended by two weeks.

**SO ORDERED.**

Dated:　New York, New York
　　　　April 22, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.