UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AT FOLEY SQUARE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2024

| | | |
|---|---|---|
| IBRAHIM AKASHA ABDALLA, | ) | |
| | ) | |
| Movant, | ) | USDC Case No.   1:21-cv-8569 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | USDC Case No.   1:14-cr-716-2 |
| | ) | |
| Respondent. | ) | |

## ORDER FOR *PRO HAC VICE* ADMISSION

The motion of D. Craig Hughes, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Mr. Hughes has declared that he is a member in good standing of the State Bar of Texas and that his contact information is as follows:

D. Craig Hughes
Law Offices of D. Craig Hughes
7324 Southwest Freeway-Suite 1466
Houston, Texas 77074
713-535-0683 - Direct
713-510-1856 - Fax
dcraighughes@msn.com (email)

Mr. Hughes having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Ibrahim Akasha Abdalla in the above entitled action;

IT IS HEREBY ORDERED that Mr. Hughes is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5 March 2024

Victor Marrero
U.S.D.J.