USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
          :
UNITED STATES OF AMERICA      :
          :
    - v. –         :    **ORDER**
          :
IBRAHIM AKASHA ABDALLA      :    S12 14 Cr. 716 (VM)
          :
        Defendant.   :
          :
------------------------------------------------------X

WHEREAS, on or about October 24, 2018, IBRAHIM AKASHA ABDALLA (the "Defendant"), was charged in a six-count Superseding Information, S12 14 Cr. 716 (VM) (the "Information"). Count One charged ABDALLA with participating in a conspiracy, from at least in or about March 2014 up to and including at least in or about January 2017, to manufacture one kilogram and more of a mixture or substance containing a detectable amount of heroin, knowing and intending that it would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 812, 963, 959(a), 960(a)(3), and 960(b)(1)(A). Count Two charged ABDALLA with participating in a conspiracy, from at least in or about March 2014 up to and including at least in or about January 2017, to manufacture 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, knowing and intending that it would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 812, 963, 959(a), 960(a)(3), and 960(b)(1)(A). Count Three charged ABDALLA with manufacturing and distributing one kilogram and more of a mixture or substance containing a detectable amount of heroin, from at least in or about March 2014 up to and including at least in or about November 2014, knowing and intending that it would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 812, 959(a), 960(a)(3), and 960(b)(1)(A). Count Four charged ABDALLA with manufacturing and

distributing 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, from at least in or about March 2014 up to and including at least in or about November 2014, knowing and intending that it would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 812, 959(a), 960(a)(3), and 960(b)(1)(H). Count Five charged ABDALLA with participating in a conspiracy, from at least in or about March 2014 up to and including at least in or about January 2017, to carry and use machineguns and destructive devices, during and in relation to, and in furtherance of, the drug-trafficking offenses charged in Counts One through Four, in violation of 18 U.S.C. §§ 924(o), 924(c)(1)(A)(i), and 924(c)(1)(B)(ii). Count Six charged ABDALLA with knowingly corruptly obstructing, influencing, and impeding an official proceeding, namely, his extradition to the United States, in violation of 18 U.S.C. § 1512(c).

WHEREAS, the Drug Enforcement Administration ("DEA") seized $23,300 in United States currency from the Defendant at the time of his arrest (the "Seized Currency");

WHEREAS, on or about October 24, 2018, the Defendant pled guilty to Counts One through Six of the Information;

WHEREAS, on or about January 10, 2020, the Defendant was sentenced and the Court imposed a fine in the amount of $50,000 (the "Fine");

WHEREAS, the Fine currently remains outstanding;

WHEREAS, on or about August 12, 2025 the Government moved to have the DEA disburse the Seized Currency to the Clerk of the Court for the United States District Court, Southern District of New York to be used towards the partial satisfaction of the Fine;

IT IS HEREBY ORDERED that:

1. The DEA shall disburse the Seized Currency to the Clerk of the Court for the United States District Court, Southern District of New York.

2. Upon receipt of the Seized Currency, the Clerk of the Court for the United States District Court, Southern District of New York shall apply the Seized Currency towards the partial satisfaction of the Fine.

SO ORDERED:

_____        13 August 2025
HONORABLE VICTOR MARRERO        DATE
UNITED STATES DISTRICT JUDGE